# Court of Appeals
# of the State of Georgia

ATLANTA, November 04, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0081. FLORENCE v. STATE OF GEORGIA.

Pro se petitioner Kim Camille Florence filed a Rule 40(b) emergency motion[1] seeking a writ of mandamus and injunctive relief. Florence's request for a writ of mandamus is DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) (914 SE2d 311) (2025). Florence's request for injunctive relief similarly is DENIED. See *City of Duluth v. Riverbrooke Properties*, 233 Ga. App. 46, 55 (4) (502 SE2d 806) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/04/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] Although Florence's motion appears to be styled, in part, as a discretionary application, it was not docketed as such given the absence of a written order. See OCGA § 5-6-35(c); Ct. App. R. 31(c).